**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| IN RE: MIDWEST ENERGY EMISSIONS CORP. PATENT LITIGATION<br><br>**This Document Relates To:**<br>**Case No. 2-25-CV-00015-KHR**<br>**Case No. 4:24-CV-00243-SHL-WPK** | MDL Case No. 4:24-md-03132-SHL-WPK |

## ORDER GRANTING STIPULATION OF DISMISSAL AS TO DEFENDANT PACIFICORP

Before the Court is the Parties' Stipulation of Dismissal as to Defendant PacifiCorp. The Court, having reviewed and considered the Stipulation, hereby GRANTS the Stipulation as follows:

A.     Pursuant to Federal Rule of Civil Procedure 41(a)(1), PacifiCorp is dismissed with prejudice; and

B.     Pursuant to Federal Rule of Civil Procedure 41(c), all counterclaims filed by PacifiCorp are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated this 2nd day of June, 2026.

STEPHEN H. LOCHER
UNITED STATES DISTRICT JUDGE